United States Bankruptcy Court
Eastern District of New York

In re:                                             Case No. 25-40199-nhl
Anny Carolina Castillo                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                                User: admin                                      Page 1 of 1
Date Rcvd: Jan 29, 2025                     Form ID: pdfdat                                Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | Email/PDF: cu3r0lin3@aol.com | Jan 29 2025 18:14:00 | Anny Carolina Castillo, c/o 3028 Kingsbridge Terrace, Apt 1, Bronx, NY 10463 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025                               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Doyaga | david.doyaga.sr@gmail.com  NY98@ecfcbis.com,theresa@doyagalawfirm.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                                                             Chapter 7

                                                                                                       Case No. **25-40199-nhl**
**Anny Carolina Castillo**



                                                       **Debtor**
------------------------------------------------------------X

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

☑ **Granted.**  However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☑ **It is further Ordered**, that this waiver also applies to other fees scheduled by the Judicial Conference under 28 U.S.C. § 1930(a), (b) and (c).

☐ **Denied** for the following reason: _____

The debtor must pay the $338 filing fee according to the following terms:

|  | **You must pay….** | **On or before this date…** |
|---|---|---|
|  | $ _____ | _____ |
|  |  | Month/day/year |
|  | $ _____ | _____ |
|  |  | Month/day/year |
|  | $ _____ | _____ |
|  |  | Month/day/year |
| + | $ _____ | _____ |
|  |  | Month/day/year |
| **Total** | $         0.00 |  |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

☐ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held on _____ at _____ in courtroom _____ at courthouse located at **271-C Cadman Plaza East, Brooklyn, New York 11201-1800.**

If the debtor does not appear at this hearing, the court may deny the application.

Dated: January 29, 2025
Brooklyn, New York



_Nancy Hershey Lord_
Nancy Hershey Lord
United States Bankruptcy Judge